# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYED ALI RAZAVI,<br><br>Plaintiff,<br><br>vs.<br><br>CALIBER HOME LOANS, INC.; U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST; QUALITY LOAN SERVICE CORPORATION; JPMORGAN CHASE BANK, N.A.; ALL PERSONS, KNOWN AND UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY ADVERSE TO PLAINTIFF'S TITLE THERETO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:17-cv-00308 JLS (AGRx)<br><br>[Assigned to Hon. Josephine L. Staton]<br><br>**JUDGMENT** |

| | |
|---|---|
| 1 | IT IS HEREBY ADJUDGED that the action be dismissed on the merits and |
| 2 | with prejudice, that Plaintiff Seyed Ali Razavi shall take nothing, that Defendants |
| 3 | Chase, Caliber, and U.S. Bank Trust shall have judgment against Plaintiff on all |
| 4 | claims. As the prevailing parties, Defendants are also entitled to an award of |
| 5 | litigation costs. In accordance with Local Rule 54-3, Defendants must submit a "Bill |
| 6 | of Costs" and an "Application to the Clerk to Tax Costs" to recover any eligible |
| 7 | litigation costs in this action. See C.D. Cal. R. 54-2, 54-2.1. |

Dated: February 04, 2019

_____
THE HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT COURT JUDGE